IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN PAVAO,

    Plaintiff,

v.                                                    5:15cv67–WS/CJK

JENKINS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 63) docketed May 3, 2017. The magistrate judge recommends that Tina Jenskins's motion for summary judgment be granted. The plaintiff has responded (doc. 65) in opposition to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 63) is hereby ADOPTED and incorporated by reference into this order.

2. Jill Jenkins's motion for summary judgment (doc. 48) is GRANTED, and Jill Jenkins is hereby DISMISSED from this action with prejudice.

3. The clerk shall remand the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   30th   day of   May  , 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE