IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN PAVAO,

    Plaintiff,

v.                                      5:15cv67–WS/CJK

CARLTON LESLIE, et al.,

    Defendants.

_____

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

Before the court is the magistrate judge's report and recommendation (doc. 93) docketed November 15, 2017. The magistrate judge recommends that Defendants' motion for summary judgment (doc. 74) be granted. Plaintiff has filed objections (doc. 98) to the report and recommendation.

Having considered the record in light of Plaintiff's objections, the court finds that Defendants' motion for summary judgment is due to be granted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 93) is ADOPTED and incorporated into this order.

2. The motion for summary judgment (doc. 74) filed by Carlton Leslie and Antonio Thomas is GRANTED.

3. All claims against all Defendants Leslie and Thomas are DISMISSED WITH PREJUDICE.

4. Plaintiffs' claim against the "officer who escorted plaintiff to medical" is DISMISSED WITHOUT PREJUDICE.

5. The clerk shall enter judgment stating: "All claims are dismissed."

6. The case shall be closed.

DONE AND ORDERED this   22nd   day of     February    , 2018.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE